# EXHIBIT A: List of Affected Employees

Abbie, Shirlene
Abbott, Barbara
Abbott, Wayne
Alanis, Irene
Allen, Allison
Alvarez, David
Alvarez, Domingo
Alvarez, Nora
Anderson, Eva
Anderson, Kevin
Anderson, Richard
Anderson, Sherill
Arce, Juan
Arnett, Dean
Arnett, Howard
Arney, Larry
Arnold, Glenn
Arp, James
Arp, Mary
Arrell, Jamie
Babble, Matthew
Bagwell, Brian
Bannister, Donice
Barkley, Desiree
Barrera, Irma
Bean, Bill
Becker, David
Bednorz, Willaim E
Bethard, Jeffery
Bethard, Patsy R
Beyers,Jean
Biggs, Terrell
Bippert, Johnny
Bisel, Grant
Bitner, Dustin
Blennert, Mike
Blevins, Robert
Blue, Deborah
Boren, Ken
Boudreaux, Dustin
Boulanger, Roland J
Braddock, Marlin
Bradford, Larry

Brewer, Robert
Brister, Alice
Brister, David
Brwon, Glenn
Burks, Donovanna
Butler, Judy
Butler, Ken
Calhoun, Julia
Calhoun, Ronnie
Caraway, Dave
Carter, James
Chaney, Dennis
Charles, Juan A
Childes, Pat
Clardia, Marcy
Clark, Debbie
Clark, Jerry
Clark, Lisa
Clark, Maria Alicia
Clemens, Thomas
Coffer, John
Collier, Carmen
Conrad, Betty
Cooper, Jesse
Copeland, Leland
Copper, Roger
Cornell, Tony
Coulston, Benny
Crandell, Brade
Dampier, James
Daniels Jr., George
Daniels, Obie
De La Cruz, Luis C
De La Garza, Adriana
De La Garza, Miguel Angel
Del Valle Jr., Serafin
DeMaree, Barbara
DeMaree, Charles
Dietsch, Kathrine D
Dietz, Donna
Dietz, Doug
Dietz, Gary
Drake, Bessie L
Dunn, Dennis
Dunseth, Bobby
Dunseth, Emma

Earp, Clarence
Ehler, Vickie
Elford, Murray
Escamilla, Adan
Evans, Don
Fahnholz, Romona
Farmer, WR
Floyd, Ardee W
Floyd, Donna
Flynn, Laci
Fontenot, Louis
Ford, Kenton
Foulk, Jerry
Fowler, Clarence
Francis, Patrick
Fuller, Brenda K
Garcia Jr., Ruben
Garcia, Alfredo
Garcia, Gabriela
Garza, Armondo Joel
Gibson, Joy Lea
Gillespie, Edward
Giordando, Albert
Gomez, Noe
Gonzales, Ida Chapa
Gonzales, Sophia Monique
Good, Tommy B
Goodman, Loyal
Gray, Richard
Gray, Wanda
Griffith, Glynn
Guerra, Jose Manuel
Hamilton, HB
Hamilton, Rita
Hammons, Anna
Harris, Shannon
Hart, Byron
Hart, Joshua
Hartzel, Kristen
Haskin, Glen
Hass, Judith M
Hass, Judith M
Hatley, Steve
Hawkins, Glendon
Heath, June
Hedrick, Gloria

Hedrick, Richard
Helser, John
Hemphill, Carol
Henderson, Howard B
Henderson, Rand
Henderson, Richard
Hernandez, Jose Luis
Hernandez, Judy
Hickey, Walter
Higdon, Patty
Hill, David Harold
Himes, Stephanie
Hinojosa, Jonnelly
Hollan, Elizabeth
Holley, EP
Hopkins, Charlotte
House, Edward
Hughes, Sybil
Huitt, Grace
Hunt, Eddy
Hunt, James R
Hutto, James
Irving, Linley
Jacques, Jeff
Jefferess, Willaim
Johnson, Nicolasa
Johnston, Ryan
Johnston, Stanley
Jones, Christopher
Jones, Trena
Jubeck, Walter
Keene, Jeanie
Kelley, Dwayne
Kelley, Willie
Kemp, Denise
Kemp, Kim
Kennedy, Sherman
Kershman, Debbie
Kilman, Carl M
Kirk, Peter
Kopczynski, Sharon
Landgren, Ann M
Landgren, Ann M
Lane, Richard
Laredo Jr., Victor
LaSalle, David

Lefler, Barbara J.
Lewis, Sharon
Lorence, Julie
Louder, Jeremy
Lovett, Karl
Loya, Cheryl
Luera, Adelian
Luera, Alberto
Luera, Ricardo
Mack, Hilda W
Marshall, Timmy
Martinez, Manuel
Masden, William
Massenburg, Angie
Massenburg, Mike
Massingell, Fred
Maxey, Judy B
Maxwell, Francis
McCann, Theresa
McClelland, Johnny
McCullogh, James
McDaniel, Angela
McDaniel, Joyce
McDaniel, Marty
McDonald, Michael
McElvany, Becky
McGill, Pete
McGinnis, Mark
McGinnis, Nancy
McKamie, Ramona
McKinney, David
McKinney, Pauline
Melton, Kevin
Melton, Phylis
Miller, Lena
Milner, Sadie
Monfore, Sharon
Monroe, Ronald
Monsees, James
Monsees, Judith
Moreno, Irma
Morris, Judith K
Moseley, Chris
Moyeda, Jesus
Muniz, Adrien
Munk, Henry

Muraski, Anne K
Nabors, Jeff
Negrete, Anthony
Nichols, John
Niquette, John
Nix, Brenda
Nix, Joe
O'Dell, Norman
Oliphant, Lanny
Oshel, Alan
Oswalt, Joe
Oswalt, Mary
Palmer, Doug
Park, Dale
Park, Dalton
Park, Jerry
Parks, Jama
Parr, Ray
Parsons, Judy K
Parsons, Sherry
Paulson, Dan
Pena, Neri
Perez, Raul
Perkins, Bobby
Perks, Joe
Petersen, Patsy
Peterson, Allen
Peterson, Jeff
Petty, Sean
Pierson, Terry
Pina, Ramiro
Pipkin, Lin
Pippin, Calvin Glen
Pittman, Debbie
Pollard, David
Pope, Ronald
Porras, Servero
Pride, Dwight
Pritchett, Cindy
Proctor, Laverne
Pruett, Debra
Quarles, Lawrence K
Ramirez, Cristina
Reid, Billy J
Reid, Marjorie N
Renee, Jan

Repp, John
Richey, Cheryl
Richey, Daryl
Richter, Jennell
Richter, Roy
Rickman, Sharen
Ridge, Lila
Rising, Larry
Roberts, Kenneth A
Robertson, Brandy
Roden, Mike
Rodrigez, Alysia
Rodriguez, Alonzo
Rodriguez, Bellanira
Rodriguez, Clifford
Rodriguez, Melanie
Rogers, Lloyd
Rosa, Maria
Rosa, Miguel
Rose, George
Ross, Larry
Rudd, Mike
Runyan, Kay
Russell, Judd
Rutledge, Nora Fay
Saldana, Eduardo L
Salinas, Robert E
Sanchez, John
Sanchez, Leonel
Schineler, Bruce
Schriver, Jack
Scrogum, Carl
Scrogum, Clara J
Scrogum, Kevin
Sellers, John
Sellers, Tracy
Shamaley, Candy
Shelton Jr., Travis
Shelton, Travis
Shipp, Cheryl
Shows, Sheri
Sierra, Jose A
Sigmon, Bonnie
Sigmon, Steve
Simmons, Leonard
Simmons, Marvin

Simons Sr., Eugene
Skinner, David
Skinner, Faye
Sloan, Joseph
Smith Sr., Loney W
Smith, Anne A
Smith, Brendon
Smith, Deborah
Smith, Sam
Sosa, Patricia
Sosa, Tomas
Sparck, Vernon
Sprouse, Marvin
Stafford, C. Kay
Staley, Carl
Staton, Dennis
Stephen, Darlene
Stewart, Cassie
Strait, Lawayna
Studlar, Jerry
Suarez, Herman
Summerville, Cynthia
Swan, Jeffery
Swanner, Kenneth M
Talley, Leta A
Tanis, Samantha
Thames, Jurell A
Thibodeaux, Gary
Thomas, Robert L
Thompson, Clarence
Thompson, Patsy
Thompson, Roy
Tollette, Jonnie
Tollette, Tommy
Torrez, Alexandro
Torrez, Francisco
Trooien, Roger
True, Janet
Turner, Candice
Turner, Royce
Underwood, Boe
Upham, James
Upham, Mattie
Villalpando, Rosie
Vogel, Norbert
Vogel, Roman

Vogt, Donald L
Walden, Linda
Walden, Randall
Wallace, Charles
Walters Sr., RB
Walton, Homer L
Wampler, Bob
Ward, David
Ward, Eddie
Warren, Otho J
Watts, Virgil
Webb, Britany
Webb, Felicia Lynn
Welch, Gordon
Wells, Amanda
Wells, Glen
Wells, Joshua
West, Marshall
Westhoven, Larry
Whatley, Billie Ann
Wheeler, Dustin
Wheeler, Milford
Whipple, Reed
Whitkey, Belinda
Williams, Linda
Williams, Marshall
Williamson, Chris
Williamson, Mike
Willyard, JR
Wilson Jr., Alvin D
Wilson, Richard
Wofford, Larry J
Womack, Barbara
Woodall, Janice
Woods, Philip
Woziack, Tom
Wright, Gary E
Yaeger, Lawrie
Zarate Jr., Jesus O
Zarate Sr., Jesus O
Zarate, Belen
Zavorski, Nicholas
Ziab, Lane
Ziegler, Bobbie